# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> **Mack Industries, Ltd.**, *et al.*, <br><br> Debtors.[1] | Chapter 7 <br><br> Bankruptcy No. 17-09308 <br> (Jointly Administered) <br><br> Honorable Carol A. Doyle |
| **Ronald R. Peterson**, as chapter 7 trustee for Mack Industries, Ltd., <br><br><br> Plaintiff, <br><br> v. <br><br> **Ideal Custom Designs, Inc.** <br><br> Defendant. | Adversary No. 19-00450 |

## NOTICE OF AGREED MOTION

**Please take notice** that on **Thursday, May 20, 2021, at 10:45 A.M.,** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Carol A. Doyle United States Bankruptcy Judge for the Northern District of Illinois, or any other judge sitting in her place and stead and shall then and there present the **Agreed Third Motion to Extend Briefing Schedule,** a copy of which is attached hereto and herewith served upon you.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

---

[1] The debtors, with their respective bankruptcy case numbers, are as follows: Mack Industries, Ltd. (17-09308); Oak Park Avenue Realty, Ltd. (17-16651); Mack Industries II, LLC (17-16859); Mack Industries III, LLC (17-17106); Mack Industries IV, LLC (17-17109); Mack Industries V, LLC (18-03445); and Mack Industries VI, LLC (18-03451).

{00196152}

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 155 8289 and the password is Doyle742. The meeting ID and password can also be found on the judge's page on the court's web site.

Dated: May 10, 2021

**Ronald R. Peterson**, as chapter 7 trustee for Mack Industries, Ltd.

By: */s/ Justin R. Storer*
One of His Attorneys

Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
Justin R. Storer (6293889)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:  (312) 878-4830
Fax:  (847) 574-8233
Email: jstorer@wfactorlaw.com

## CERTIFICATE OF SERVICE

    I, Justin R. Storer, an attorney, hereby certify that on May 10, 2021, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below.

                                                                     */s/ Justin R. Storer*

## SERVICE LIST

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| **David P. Lloyd** | courtdocs@davidlloydlaw.com |
| **Ariane Holtschlag** | aholtschlag@wfactorlaw.com; bharlow@wfactorlaw.com; gsullivan@ecf.inforuptcy.com; holtschlagar43923@notify.bestcase.com |
| **Jeffrey K. Paulsen** | jpaulsen@wfactorlaw.com; bharlow@wfactorlaw.com; jpaulsen@ecf.inforuptcy.com |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**Mack Industries, Ltd.**, *et al.*,<br><br>Debtors.[2] | Chapter 7<br><br>Bankruptcy No. 17-09308<br>(Jointly Administered)<br><br>Honorable Carol A. Doyle |
| **Ronald R. Peterson**, as chapter 7 trustee for Mack Industries, Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>**Ideal Custom Designs, Inc.**<br><br>Defendant. | Adversary No. 19-00450 |

## AGREED THIRD MOTION TO EXTEND BRIEFING SCHEDULE

So that the parties can complete discovery in this matter, Ronald R. Peterson, as chapter 7 trustee for Mack Industries, Ltd. (the "Plaintiff"), by and through his attorneys, by agreement with counsel for Ideal Custom Designs, Inc. (the "Defendant"), moves this Honorable Court to extend the schedule for briefing the Defendant's Motion for Summary Judgment (the "Motion").

## BACKGROUND

At presentment of the Motion, this Court set a briefing schedule, and the schedule has been extended twice by court order. The current deadline for the

---

[2] The debtors, with their respective bankruptcy case numbers, are as follows: Mack Industries, Ltd. (17-09308); Oak Park Avenue Realty, Ltd. (17-16651); Mack Industries II, LLC (17-16859); Mack Industries III, LLC (17-17106); Mack Industries IV, LLC (17-17109); Mack Industries V, LLC (18-03445); and Mack Industries VI, LLC (18-03451).

{00196152}

Trustee's response is May 11, 2021, and the Defendant's reply, June 8, 2021. After that schedule was set, the court ordered discovery to proceed.

The Trustee issued his interrogatories and requests to produce to the Defendant, through counsel, on March 15, 2021. The Defendant has not yet responded. Additionally, Trustee's counsel proposed a range of dates for possible depositions. Defendant's counsel has indicated, with respect to both of these matters, that he would follow up with his client.

So that the parties may take discovery before briefing proceeds, they have agreed to a two-month extension of the briefing schedule.

## DISCUSSION

"When an act is required … to be done at or within a specified period …, the court for cause shown may at any time in its discretion … order the period enlarged if the request therefore is made before the expiration of the period originally prescribed …." Fed. R. Bankr. P. 9006(b)(1).

Cause exists here to extend the Trustee's response deadline. The Trustee has been working to complete his response to the motion for summary judgment. However, both parties agreed to postpone briefing to allow for discovery that may expedite the resolution of this case. The Trustee therefore requests that the deadline for his response be extended to July 11, 2021, and that the defendant's reply deadline be likewise extended to August 8, 2021.

**Wherefore**, the Trustee respectfully requests that the Court extend the time for him to file his response to the motion for summary judgment to July 11, 2021, the deadline for the defendants to file their reply to August 8, 2021 and grant such further relief as is appropriate in the circumstances.

Dated: May 10, 2021

**Ronald R. Peterson**, as chapter 7 trustee for Mack Industries, Ltd.

By: */s/ Justin R. Storer*
One of His Attorneys

Jeffrey K. Paulsen (6300528)

{00196152}                                2

Ariane Holtschlag (6294327)
Justin R. Storer (6293889)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:  (312) 373-7226
Fax:  (847) 574-8233
Email: jstorer@wfactorlaw.com