UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Mack Industries, Ltd., et al.<br><br>Debtor(s)<br>Ronald R. Peterson, as chapter 7 trustee for Mack Industries Ltd., et al.,<br><br>Plaintiff(s)<br>The PJC Group and David Conaghan,<br><br>Defendant(s) | BK No.: 17-09308<br>Chapter: 7<br>Honorable Carol A. Doyle<br><br>Adv. No.: 19-00498 |

**ORDER GRANTING TRUSTEE'S MOTION TO COMPEL RESPONSES TO DISCOVERY, TO EXTEND THE DISCOVERY CUTOFF DATE, AND TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

This matter, coming to be heard on the Plaintiff's motion, the Plaintiff's motion is granted, and:

The PJC Group and David Conaghan must respond to the Trustee's interrogatories and produce all documentation requested by August 1, 2021, and

The discovery cutoff in this case is extended to November 24, 2021, and

The deadline by which the Plaintiff may file his response to the Defendants' motion for summary judgment is extended to October 11, 2021, and the deadline by which the Defendants may reply in support of their motion is extended to November 8, 2021.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: July 15, 2021

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602